UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60390
Summary Calendar
_____

RIAD ELSOH HAMAD,

Petitioner-Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

Respondent-Appellee.

_____

Appeal from the Decision
of the United States Tax Court
(7748-01)
_____

November 26, 2002

Before JONES, STEWART, and DENNIS, Circuit Judges.

EDITH H. JONES, Circuit Judge:*

        The appellant challenges the validity of the U.S. Tax
Court's decision entered after the appellant filed an amended tax
return.  Because the appellant does not cite any authority in
support of his position, this Court considers the challenge
abandoned for being inadequately briefed.  L&A Contracting Co. v.

_____

        *Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>S. Concrete Servs., Inc.</u>, 17 F.3d 106, 113 (5th Cir. 1994);

F.R.A.P. 28(a)(9)(A).

    AFFIRMED